UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

TIMOTHY CONE,
Institutional ID No. 1688760

    Plaintiff,

v.

PATRICK L. O'DANIEL, *et al.*,

    Defendants.

No. 1:23-CV-00136-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated January 26, 2024.

_____
JAMES WESLEY HENDRIX
United States District Judge